UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2009 JUL -8 PM 2: 08

UNITED STATES OF AMERICA

v.                                    CASE NO.   2:09-cr-52-FtM-99DNF
                                                 21 U.S.C. § 841(a)(1)
GILBERTO RIOS                                    21 U.S.C. § 841(b)(1)(C)
                                                 21 U.S.C. § 853 (Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 7, 2009, in DeSoto County, and elsewhere in the Middle District Of Florida, the defendants herein,

GILBERTO RIOS,

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From his engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

**GILBERTO RIOS**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

    a. Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation;

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; and such property to include but not limited to, the following:

        (1) $1,618.00 United States currency;

        (2) $910.00 United States currency; and

        (3) A .380 caliber FEG Pistol, serial number AL3786, with ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

7-8-09
Date

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Douglas Molloy
Chief Assistant United States Attorney
Trial Counsel

By: _____
Yolande G. Viacava
Assistant United States Attorney
Asset Forfeiture Attorney

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

GILBERTO RIOS

## INDICTMENT

Violations:

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853 (Forfeiture)

A true bill,

_____
Foreperson

Filed in open court this 8th day

of July, A.D. 2009.

_____
Clerk

Bail $ _____

GPO 863 525