**BOND RECOMMENDATION:**                          DLM/cc
AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

GILBERTO RIOS

**WARRANT FOR ARREST**

CASE NUMBER: 2:09-cr-52-FtM-99DNF

**To: The United States Marshal**
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gilberto Rios and bring him forthwith to the nearest magistrate to answer an

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with knowingly and willfully possessing with intent to distribute a quantity of a mixture of substance containing a detectable amount of methamphetamine, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

**Sheryl L. Loesch**
Name & Title of Judicial Officer

*Signature of Issuing Officer*
(By) Deputy Clerk

**Clerk, United States District Court**
Title of Issuing Officer

7/8/09   Ft. Myers, Fl
Date and Location

Bail fixed at $ _____ by _____
                                                      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>7-09-09 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM D. Andujar | SIGNATURE OF ARRESTING OFFICER<br>*Daniel Andujar* |
|---|---|---|
| DATE OF ARREST<br>7-14-09 | | |