DLM/cc

# United States District Court FILED

### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

2009 SEP 23 PM 12: 56

UNITED STATES OF AMERICA

v.

GILBERTO RIOS

U.S. DISTRICT COURT

**WARRANT FOR ARREST** MIDDLE DIST. OF FLORIDA
FORT MYERS. FLORIDA

CASE NUMBER: 2:S09-cr-52-FtM-99DNF

RECEIVED
U.S. MARSHAL
2009 SEP 17 PM 2: 06
MIDDLE DIST. OF FLORIDA
FT. MYERS

**To: The United States Marshal**
    **and any Authorized United States Officer**

      YOU ARE HEREBY COMMANDED to arrest Gilberto Rios and bring him forthwith to the nearest

magistrate to answer a

☒ Superceding Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation

charging him with knowingly and willfully possessing with intent to distribute a quantity of a mixture or

substance containing a detectable amount of methamphetamine, a Schedule I Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and having been convicted of

the following crime punishable by imprisonment for terms exceeding one year, did knowingly possess, in and

affecting interstate and foreign commerce, a firearm, to wit: a .380 caliber FEG pistol, model number AP9,

serial number AL3786, in violation of Title 18, United States Code, Sections 922(g).

| | |
|---|---|
| Sheryl L. Loesch | **Clerk, United States District Court** |
| Name & Title of Judicial Officer | Title of Issuing Officer |
| | 9/16/09 Fort Myers, FL |
| Signature of Issuing Officer | Date and Location |
| Sheryl L. Upshaw | |
| (By) Deputy Clerk | |

Bail fixed at $ _____     by   _____
                                                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 9-17-09 | NAME AND TITLE OF ARRESTING OFFICER P. Andujar DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7-14-09 | | |