```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                          2:09-cr-52-FtM-29DNF

GILBERTO RIOS
_____

**OPINION AND ORDER**

On November 4, 2009, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #41) to the Court recommending that Defendant's Motion to Suppress Evidence (Doc. #31) be denied. Defendant filed Objections (Doc. #42) on November 19, 2009, to which the United States filed a Response (Doc. #43) on November 20, 2009.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State

Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

**II.**

After reviewing the Report and Recommendation, the transcript of the evidentiary hearing (Doc. #39), the exhibits admitted at the evidentiary hearing as well as the motion and other papers filed by the parties, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. The Court finds, as did the magistrate judge, that defendant voluntarily provided consent to search the motel room, and that the scope of the search did not exceed the scope of the consent. The Court also finds that the search warrant was proper as written, and that under the circumstances of this case it did not have to limit the place to be searched to the safe. Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #41) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2.  Defendant's Motion to Suppress Evidence (Doc. #31) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   30th   day of November, 2009.

_John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record
DCCD