UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:09-CR-52-FTM-29DNF

GILBERTO RIOS

### DECLARATION OF PUBLICATION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby declares under penalty of perjury that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 29, 2010. Federal Rules of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case, as evidenced by Attachment 1.

Executed on July 22, 2010.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: *s/Yolande G. Viacava*
Yolande G. Viacava
Assistant United States Attorney
Fla. Bar No. 0110310
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-Mail: yolande.viacava@usdoj.gov

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION
## COURT CASE NUMBER: 2:09-CR-52-FTM-29DNF; NOTICE OF FORFEITURE

Notice is hereby given that on April 12, 2010, in the case of <u>U.S. v. Gilberto Rios</u>, Court Case Number 2:09-CR-52-FTM-29DNF, the United States District Court for the Middle District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

$2,528.00 U.S. Currency (10-DEA-529472)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (May 29, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, U.S. Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, and a copy served upon Assistant United States Attorney Yolande G. Viacava, 2110 First Street, Suite 3-137, Fort Myers, FL 33901. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 29, 2010 and June 27, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Gilberto Rios

**Court Case No:** 2:09-CR-52-FTM-29DNF
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/29/2010 | 23.6 | Verified |
| 2 | 05/30/2010 | 23.6 | Verified |
| 3 | 05/31/2010 | 23.6 | Verified |
| 4 | 06/01/2010 | 23.6 | Verified |
| 5 | 06/02/2010 | 23.6 | Verified |
| 6 | 06/03/2010 | 23.6 | Verified |
| 7 | 06/04/2010 | 23.6 | Verified |
| 8 | 06/05/2010 | 23.6 | Verified |
| 9 | 06/06/2010 | 23.6 | Verified |
| 10 | 06/07/2010 | 23.6 | Verified |
| 11 | 06/08/2010 | 23.6 | Verified |
| 12 | 06/09/2010 | 23.6 | Verified |
| 13 | 06/10/2010 | 23.6 | Verified |
| 14 | 06/11/2010 | 23.6 | Verified |
| 15 | 06/12/2010 | 23.6 | Verified |
| 16 | 06/13/2010 | 23.6 | Verified |
| 17 | 06/14/2010 | 23.6 | Verified |
| 18 | 06/15/2010 | 23.5 | Verified |
| 19 | 06/16/2010 | 23.5 | Verified |
| 20 | 06/17/2010 | 23.6 | Verified |
| 21 | 06/18/2010 | 23.6 | Verified |
| 22 | 06/19/2010 | 23.6 | Verified |
| 23 | 06/20/2010 | 23.6 | Verified |
| 24 | 06/21/2010 | 24.0 | Verified |
| 25 | 06/22/2010 | 23.6 | Verified |
| 26 | 06/23/2010 | 23.6 | Verified |
| 27 | 06/24/2010 | 23.6 | Verified |
| 28 | 06/25/2010 | 23.6 | Verified |
| 29 | 06/26/2010 | 23.5 | Verified |
| 30 | 06/27/2010 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.