AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America
v.

Gilberto Rios
*Defendant*

Case No. 2:09-cr-52-FtM-29DNF

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gilberto Rios,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 9/23/19

City and state: Ft. Myers, Fl

*Issuing officer's signature*

ELIZABETH WARREN, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 9-23-19, and the person was arrested on *(date)* 10-25-19
at *(city and state)* Arcadia, FL

Date: 10-25-19

*Arresting officer's signature*

Daniel Andyr Purry
*Printed name and title*