# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

**v.**

**GILBERTO RIOS**

**Case Number. 2:09-cr-52-FtM-29DNF**

**USM Number: 84139-079**

**George Ellis Summers, Jr., AFPD**
**Suite 301**
**1514 Broadway**
**Ft Myers, FL 33901**

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to the following violation conditions: One, Two, Three, Four, Five, and Six of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit to urinalysis. | November 2019 |
| Two | Illegal drug use for methamphetamine. | November 2019 |
| Three | Failure to work full-time at a lawful employment. | November 2019 |
| Four | Failure to follow the instructions of the probation officer. | November 2019 |
| Five | Failure to participate in drug aftercare treatment. | November 2019 |
| Six | Positive urinalysis for amphetamines on October 25, 2019. | October 25, 2019 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 19, 2019

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

November 20, 2019

**Gilberto Rios**
**2:09-cr-52-FtM-29DNF**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED

**Gilberto Rios**
**2:09-cr-52-FtM-29DNF**

# CRIMINAL MONETARY PENALTIES

No criminal monetary penalties imposed.